**EXHIBIT 1**

# IMITARI CORPORATION

# INVOICE

INVOICE # 1001
DATE: APRIL 27, 2020

**TO:**
Gericare Medical Supply
Attn: Lynn Patterson-CEO
521 Whetstone Street
Monroeville, Alabama 36460

**SHIP TO:**
Gericare Medical Supply
Attn: Lynn Patterson-CEO
521 Whetstone Street
Monroeville, Alabama 36460

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Laura | 0165 | | AIR | DUE ON RECEIPT | 50 / 50 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1,000,000 | Sterile Procedures Gowns Level 2 (L/XL) | $2.18 | $2,180,000.00 |
| | Delivery on or Before May 4, 2020 | | |

| | |
|---|---|
| **SUBTOTAL** | $2,180,000.00 |
| SALES TAX | $0 |
| SHIPPING COST WILL BE REFLECTED ON FINAL INVOICE | $TBD |
| TOTAL DUE | $2,180,000.00 |
| LESS 50% DEPOSIT & SGS | $1,090.000.00 |
| BALANCE DUE UPON SGS REPOR & DELIVERY ACCEPTANCE | $1,090.000.00 |

55 E LONG LAKE RD · SUITE 206 · TROY, MI 48085
(248) 277-6535
IMCORP@YAHOO.COM

# IMITARI CORPORATION

Buyer Deposit 50% (terms above) of Invoice to Seller Attorney

Buyer wire transfers cash funds for 50% of purchase price as reflected on invoice to the designated account of J.L. Sadick Attorney immediately (within 2 hours) after signing invoice. Buyer agrees to allow early disbursement of funds from escrow to cover SGS, shipping and legal expense, not to exceed $75,000.00 to process order.

Upon receipt of funds in the designated bank account, Seller will give (POL) Proof of Life, SGS Certification, and FDA Certifications and ship product to buyer's designated address and provide tracking information.

Carrier will give Seller, confirmation of order being deliverer with time and date of delivery of products to buyers designated address

Buyer has four (4) hours from time of delivery, as reflected on Carrier's documents, to either approve or object to delivered product by sending written email to J.L. Sadick Attorney (jlsadick@sadicklaw.com), CC to Terry Barnes (imcorp@yahoo.com)  Buyer must either approve in writing, or object in writing within the four (4) hour window.

If Buyer neither approves nor objects in writing via email, as directed herein, within the four (4) hour window, the remaining (50%) balance of the order will be released to J.L. Sadick Attorney within the first minute past the four (4) hour window.

Imitari Corporation                                           Gericare Medical Supply

_____                            _____
Terry Barnes, President                                   Lynn Patterson, CEO

# IMITARI CORPORATION

## ATTORNEY INFORMATION

| | |
|---|---|
| Bank Name: | Capital One Bank |
| Bank Address: | 5444 Westhheimer Rd, Houston TX, 77056 |
| Account Name: | J.L. Sadick Attorney (Escrow) |
| Phone/Email: | (713) 622-7880 / JLSadick@sadicklaw.com |
| Account Address: | 4669 Southwest Freeway, Suite 565 Houston, TX 77027 |
| Swift Code: | ███████ |
| Routing #: | ███████ |
| Account #: | ███████ |