United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERICARE MEDICAL SUPPLY, INC., § § Plaintiff, § VS. § § J.L. SADICK, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-2425 |

## ORDER STRIKING DOCUMENT

Pending before the Court is Defendants/Third-Party Plaintiffs' Motion to Strike Defenses of Imitari Corporation. (Dkt. 38) The instrument is deficient for the following reason(s):

- The motion does not comply with the Court's Procedures section 6(C)(2), which requires a certificate of conference for all motions.

- The motion does not comply with the Court's Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.

The Clerk is hereby **ORDERED** to strike docket entry 38 from the record and notify counsel of such action.

SIGNED at Houston, Texas, this 8th day of March, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE