## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Gericare Medical Supply, Inc.

v.  Case Number: 4:20−cv−02425

J.L. Sadick, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/22/2021

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Pre−Motion Conference

RE: Notice (Other) – #40

https://www.zoomgov.com/j/1605254291?pwd=Z3VvM2dFYkw3Rk45OUpOTmVkTkdXQT09
Meeting ID: 160 525 4291
Passcode: 105806

Date:   April 16, 2021                                      Nathan Ochsner, Clerk