# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Gericare Medical Supply, Inc.

v.                                          Case Number: 4:20–cv–02425

J.L. Sadick, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/30/2021

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Pre–Motion Conference

RE: Notice (Other) – #40

https://www.zoomgov.com/j/1613326598?pwd=MU5MNVBwbDE5NXZqS0I5UzhxbWlhZz09
Meeting ID: 161 332 6598
Passcode: 925630

---

Date:   April 21, 2021                               Nathan Ochsner, Clerk