Case 4:20-cv-02425  Document 71  Filed on 06/15/22 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERICARE MEDICAL SUPPLY, INC. § § PLAINTIFF, § § v. § § J.L. SADICK, individually, J.L. SADICK, § P.C., TERRY WILMOT BARNES, § GREGORY A. JONES, LAURA § ROMEO, IMITARI CORPORATION, § COJONES CAPITAL, INC. § § DEFENDANTS, § § ------------------------------------------------------§ § J.L. SADICK, § § THIRD PARTY PLAINTIFF, § § v. § § IMITARI CORPORATION, TERRY § WILMOT BARNES, and GREGORY A. § JONES, § § THIRD PARTY DEFENDANTS. § | Civil Action No. 4:20-cv-02425 |

## CONSENT AMENDED FINAL JUDGMENT

After fully considering Plaintiff Gericare Medical Supply, Inc.'s Unopposed Motion for Costs and to Amend Final Judgment to Include Such Costs, *See* Dkt. 69, this Court enters this Consent Amended Final Judgment, which supersedes the Final Judgment entered by the Court on May 10, 2022, *See* Dkt. 68, **ORDERING, ADJUDGING and DECREEING** that **FINAL JUDGMENT** is entered in favor of Plaintiff Gericare Medical Supply, Inc. and against J.L. Sadick a/k/a Jan L. Sadick; J.L. Sadick, P.C.; Terry Wilmot

1

Barnes; Gregory A. Jones, Jr.; Cojones Capital, Inc.; and Imitari Corporation in the amount of $4,000,000, plus $5,823.41 in taxable costs and post-judgment interest on the total sum at the maximum rate allowed by law.

All other Parties to this proceeding are dismissed without prejudice.

SIGNED this __15th__ day of June, 2022, at Houston, Texas.

                                               George C. Hanks, Jr.
                                               United States District Judge

Agreed as to Form and Content:

/s David A. Bryant, Jr.
THE BRYANT LAW FIRM
David A. Bryant, Jr.
S.D.          Texas Bar No. 17501
Texas Bar No. 00785730
Email: dbryant@thebryantlawfirm.com
2751 S. Loop 336 West, Suite B
Conroe, Texas 77304
(713) 980-0700 Telephone
(713) 980-0701 Facsimile
*Attorney for J.L. Sadick and J.L. Sadick, P.C.*

/s David K. Tillman
Tillman & Tillman, PLLC
3400 Russell St., Ste. 205
Detroit, MI 48207
Email: dktillman@msn.com
(313) 832-6000
*Attorney for Imitari Corp., Terry W. Barnes Gregory A. Jones, Jr. and Cojones Capital, Inc.*

/s Joshua H. Threadcraft
Joshua H. Threadcraft
ASB-7136-H36T
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: Joshua.Threadcraft@burr.com

Murphy S. Klasing
State Bar No. 00791034
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
(713) 961-9045
(713) 961-5341-Fax
Email: mklasing@wkpz.com

*Counsel for Plaintiff, Gericare Medical Supply, Inc.*